UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                      17 cr 514 (JGK)

       -against-

                                                     **ORDER**

MOHAMED TRAORE,
               Defendants.
-----------------------------------------------------------X

A conference on the violation of supervised release will be held on **Wednesday, October 21, 2020, at 11:30am**

**SO ORDERED.**

                                                       **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 23, 2020