UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,


    -against-                                                                17 cr 514 (JGK)

**ORDER**

MOHAMED TRAORE,
               Defendant.
------------------------------------------------------------X

The conference scheduled for Wednesday, October 21, 2020, at 11:30am, is **adjourned**

**to Monday, November 9, 2020, at 9:00am.**

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**


Dated: New York, New York
      October 19, 2020

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/19/20_