**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---

**UNITED STATES OF AMERICA**

      - against -                                17 Cr. 514 (JGK)

**MOHAMED TRAORE**                                <u>ORDER</u>

            **Defendant.**
---

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for another conference on **March 17, 2021** at **9:00 a.m.**

    Because a continuance is needed to assure the effective assistance of counsel and to allow the parties to resolve the discrepancies in the various documents, the Court prospectively excludes the time from today, **February 19, 2021,** until **March 17, 2021,** from Speedy Trial Act calculations.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial.  This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**   **New York, New York**
           **February 19, 2021**                        /s/ John G. Koeltl
                                                      **John G. Koeltl**
                                       **United States District Judge**