UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

- against -

MOHAMED TRAORE,

Defendant.

17-cr-514 (JGK)

ORDER
---

JOHN G. KOELTL, United States District Judge:

The Government should respond to the defendant's request for resentencing based on Amendment 821 of the United States Sentencing Guidelines. In doing so, the Government should address both the defendant's original sentencing before Judge Torres on April 17, 2018, in 17-cr-514, as well as the subsequent sentencing by this Court on February 4, 2022, in 20-cr-296.

The Government should submit its response by **March 15, 2024**. The defendant may reply by **April 2, 2024**.

SO ORDERED.

Dated: February 21, 2024
New York, New York

_____
John G. Koeltl
United States District Judge