UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

MOHAMED TRAORE,

    Defendant.

17-cr-514 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

The deadline for the defendant to reply was by **April 2, 2024**. To date, no reply has been filed. The time to reply is extended to **April 19, 2024**.

SO ORDERED.

Dated: April 5, 2024
      New York, New York

                                         John G. Koeltl
                                 United States District Judge